Argued and submitted April 24, affirmed May 20, reconsideration denied June 24, petition for review allowed by memorandum decision October 8, 1992
See 314 Or 385 (1992)

MANUEL MENDEZ,
*Appellant,*

*v.*

Manfred MAASS,
*Respondent.*

(90C-10239; CA A64202)

830 P2d 636

Velda H. Rogers, Keizer, argued the cause and filed the brief for appellant.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Affirmed. *Boone v. Wright,* 110 Or App 281, 822 P2d 719 (1991), *rev allowed* 313 Or 209 (1992).